UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA WINDOW CLEANING COMPANY, INC.,<br><br>Defendant. | Case No. 16-cv-00422 NC<br><br>**ORDER RE BANKRUPTCY STAY; CLOSING FILE FOR ADMINISTRATIVE PURPOSES**<br><br>Re: Dkt. No. 12 |

It appearing from the Notice of Bankruptcy and Request for Automatic Stay filed on April 12, 2016, Dkt. No. 12, that defendant Delta Window Cleaning Company, Inc. has filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

IT IS FURTHER ORDERED that nothing in this order shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

1    The case management conference scheduled on April 27, 2016, is vacated.

2    IT IS SO ORDERED.

3    Date: April 26, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cv-00422 NC
ORDER RE: BANKRUPTCY STAY            2