UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>DELTA WINDOW CLEANING CO., INC.,<br><br>           Defendant. | Case No.16-cv-00422-NC<br><br>**ORDER ON MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 27 |

Silicon Valley Law Group ("SVLG"), counsel for defendant, moves to withdraw from the case because defendant breached a fee agreement and has been unresponsive. Because defendant is a corporation, defendant must be represented by counsel. In its motion, SVLG is unclear whether it has been able to notify defendant's remaining member, Sinuhe Jonathan Elizondo, of its intention to withdraw.

Thus, by August 12, 2016, SVLG must file proof with the Court that it has notified Delta Window Cleaning of its motion to withdraw and this order, or a declaration attesting to its attempts at contacting Delta's representative.

Delta Window Cleaning, through separate counsel or a statement on its own behalf, must respond to the motion by August 19, 2016.

**IT IS SO ORDERED.**

Dated: August 2, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.16-cv-00422-NC